UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS GERALD MOUSSEAU

    Plaintiff

CASE NUMBER: 10-14430
HONORABLE VICTORIA A. ROBERTS
MAG. JUDGE MARK RANDON

vs

COMMISSION OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 9, 2012, Magistrate Judge Randon issued a Report and Recommendation (Doc. 9), recommending the Court grant Defendant's motion for summary judgment (Doc. 8) and deny Plaintiff's motion for summary judgment (Doc. 7). Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).

The Court adopts the Report and Recommendation. Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**.

    **IT IS ORDERED**.

                                                S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: January 30, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 30, 2012.

S/Linda Vertriest
Deputy Clerk